**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LUIS OVIDIO HERNANDEZ CARDONA**

**VERSUS**

**WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER, ET AL.**

**CIVIL ACTION NO. 1:26-CV-3711**

**SECTION P**

**JUDGE ALEXANDER C. VAN HOOK**

**MAGISTRATE JUDGE DAVID J. AYO**

# ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Luis Ovidio Hernandez Cardona, an immigration detainee at Central Louisiana ICE Processing Center.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the petition, [Doc. 1], and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **28 days** after electronic service of the Petition and this Order.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

In Chambers, Lafayette, Louisiana, this 28th day of September, 2026.

David J. Ayo
United States Magistrate Judge